In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, Respondent, as a Trustee under the Will of CHARLES C. NADAL, Deceased. MARGARET W. RIENZO, Appellant; FIFTH AVENUE BANK OF NEW YORK et al., as Executors of MARY W. NADAL, Deceased, et al., Respondents.— Decree so

far as appealed from unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.